# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PRANAV POTHINENI, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 4:25-cv-00800 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| PAVAN VARENYA CHAGARLAMUDI, | § | |
| *et al.* | § | |
| | § | |
| *Defendants.* | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 23, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #18) that Defendant Blanca Aguilar's Motion to Dismiss (Dkt. #7) be granted and Plaintiffs Pranav Pothineni and Venkateshwar Rao Prasanna Ganta's Motion to Appoint Counsel (Dkt. #3) be denied without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Aguilar's Motion to Dismiss (Dkt. #7) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiffs' Motion to Appoint Counsel (Dkt. #3) is hereby **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiffs' claims against Defendant Aguilar are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 24th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE